IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TRACY LEE AS THE ADMINISTRATRIX OF THE
ESTATE OF KEITH LEE AND ON BEHALF OF ALL
WRONGFUL DEATH BENEFICIARIES OF
KEITH LEE, DECEASED                                                                        PLAINTIFFS

V                                              CIVIL ACTION NO.: 5:11-cv-00165-DCB-MTP

YAZOO COUNTY, MISSISSIPPI;
TOMMY VAUGHN, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS
SHERIFF OF YAZOO COUNTY, MISSISSIPPI;
HOWARD BOATNER, INDIVIDUALLY; ANITA TOOMBS,
INDIVIDUALLY; ROBERT PURVIS, INDIVIDUALLY;
SHARKEY BROWNLOW, INDIVIDUALLY;
KENNETH GRIFFIN, INDIVIDUALLY;
BOBBY ADAMS, INDIVIDUALLY; AND,
JOHN AND JANE DOES 7-10                                                                    DEFENDANTS

## AGREED ORDER TO DISMISS CLAIMS FOR PUNITIVE DAMAGES

THIS DAY, THIS MATTER came on for hearing on Motion of the Defendants Yazoo County Mississippi and Sheriff Tommy Vaughn, to dismiss the Plaintiff's claims for punitive damages, and this Court being advised that all parties are in agreement and hereby finds that the Motion is well-taken, and should be, and the same is hereby granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, the Plaintiffs' claims for punitive damages against the Defendants Yazoo County Mississippi and Sheriff Tommy Vaughn in his official capacity are dismissed with prejudice.

SO ORDERED, this the 10th day of April, 2013.

    s/David Bramlette
U. S. DISTRICT COURT JUDGE

AGREED TO:

*S/ John T. Givens*                            *S/Kristi R. Brown*
JOHN T. GIVENS                                 KRISTI R. BROWN
Counsel for Plaintiff                          Counsel for Defendants